UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAUDE C. LIGHTFOOT, JR., ET AL. | CIVIL ACTION |
| VERSUS | NO:  05-3776-PB-SS |
| MISS LOU PROPERTIES, LLC., ET AL. | |

### ORDER

MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR MISS LOU PROPERTIES[1]

**GRANTED IN PART AND DENIED IN PART AS MOOT**

One of the defendants in this action is Miss Lou Properties, LLC.  The complaint describes it as a limited liability company formed in the State of Mississippi.  Rec. doc. 1.  On November 14, 2005, Lance Unglesby enrolled as counsel for Miss Lou Properties, LLC.  Rec. doc. 9.  On February 17, 2006, Mr. Unglesby filed this motion to withdraw as counsel of record for Miss Lou Properties, LLC.  He also seeks leave to withdraw as counsel of record for Ben Walker.  Mr. Walker is not a party to this proceeding.  Mr. Walker was identified as the sole and managing member of Miss Lou

---

[1] At the time of the preparation of this minute entry the Clerk had not assigned a document number to this motion.

Properties, LLC. Rec. doc. 32. Mr. Unglesby will be granted leave to withdraw as counsel for Miss Lou Properties, LLC. The request will be denied as to Mr. Walker as moot.

A corporation or limited liability company is a fictional legal entity, which can only be represented by licensed counsel. Pleadings may not be filed by non-attorney corporate officers or representatives. Tansco Syndicate #1, Ltd., v. Rose Towing, Inc., 1997 WL 35219 (E.D.La.) (Fallon, J.). With Mr. Unglesby's withdrawal, Miss Lou Properties, LLC is unrepresented. It will be required to enroll licensed counsel or show cause why the answers filed on its behalf should not be stricken from the record.

IT IS ORDERED as follows:

1. Mr. Unglesby's motion to withdraw as counsel of record is GRANTED in PART and DENIED in PART as MOOT.

2. Mr. Unglesby's representation of Miss Lou Properties, LLC is terminated.

3. Within three (3) working days of the entry of this order, Mr. Unglesby shall communicate the terms of this order to Ben Walker and to any other person that acted on behalf Miss Lou Properties, LLC in connection with Mr. Unglesby's representation of it in this matter.

4. The Clerk shall send a copy of this order by first class mail to Ben Walker at the address shown below.

5.     By Wednesday, April 5, 2006, Miss Lou Properties, LLC shall enroll licensed counsel, who fully complies with the Local Rules of this Court, or show cause why the answers filed on its behalf should not be stricken from the record.

New Orleans, Louisiana, this 13th day of March, 2006.

                                                **SALLY SHUSHAN**
                                        **United States Magistrate Judge**

**CLERK TO NOTIFY:**
Ben Walker
830 Wilson Drive, Suite D
Ridgeland, MS  39157