FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 11  AM 11: 47

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLAUDE C. LIGHTFOOT, JR., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-3776-PB-SS** |
| **MISS LOU PROPERTIES, LLC., ET AL.** | |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, as well as the Defendants' objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of the plaintiff, Claude C. Lightfoot, Jr. for summary judgment (Rec. doc. 38) is granted and that there be judgment in favor of the Receiver and against the defendants.

New Orleans, Louisiana, this 11th day of Oct., 2006.

_____
UNITED STATES DISTRICT JUDGE